**William D. HOOKER (doing business**
**as Georgia Bowhunters Supply),**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5059.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2008.

Berta E. Nichols, of Hilton Head Island, South Carolina, argued for plaintiff-appellant.

Mark A. Melnick, Attorney, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, ar-

gued for defendant-appellee. On the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Richard P. Schroeder, Attorney.

Before RADER, LINN, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.